CINCINNATI BAR ASSOCIATION *v.* EVANS.

[Cite as *Cincinnati Bar Assn. v. Evans* (1994), 71 Ohio St.3d 6.]

(No. 94–973—Submitted September 13, 1994—Decided November 16, 1994.)

*Frederick O. Kiel* and *Maury M. Tepper,* for relator.

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.